UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cr-20014-GAYLES/TORRES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

YESID DEGOBERTO EPIEYU EPIEYU,
IVAN ESCOBOSA DIAZ,
and MANUEL MELO,

      Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 52]. On May 6, 2022, Defendant Manuel Melo filed a Motion to Dismiss Indictment [ECF No. 23], which was adopted and joined by Defendant Ivan Escobosa Diaz[1] [ECF No. 27]. On May 23, 2022, Defendant Yesid Degoberto Epieyu Epieyu filed a second Motion to Dismiss Indictment [ECF No. 31], which was also adopted and joined by Diaz and Melo [ECF Nos. 32, 33]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF Nos. 25, 34]. On July 5, 2022, Judge Torres issued his Report recommending that the Motions be denied. Defendants timely filed objections to the Report and adopt one another's objections. [ECF Nos. 56–60].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

---

[1] In his motions, this defendant identifies himself as "Juan Escobosa Diaz".

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motions to Dismiss should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)   Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 52], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2)   Defendants' Motions to Dismiss Indictment, [ECF Nos. 23, 31], are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2022.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE