

GOVERNMENT
EXHIBIT

CASE NO. 22-20014-CR-DPG

EXHIBIT NO. 1A

# Statement of Officer William McGuire Regarding the Boarding of Unknown Go-Fast Vessel (TWON) on 22DEC2021

Dagoberto Epieyu Epieyu with his nationality of Colombia, date of birth 23 February 1985, and provided his Cedula; #1.122.838.072. He was asked if he would like to make a claim of nationality for the vessel and he made no claim of nationality for the vessel and stated his purpose of voyage was to transit from Venezuela to the Dominican Republic. There was no flag flown, no registration numbers or name on the vessel, no vessel documentation, or any indicia of nationality for the vessel. The other two crew identified themselves as Dominican citizens but did not have identification. The boarding was completed, permission to treat them as detainees was granted and we then transferred the detainees to the HNLMS HOLLAND.

This statement is true to the best of my knowledge.

*[signature]*

United States Coast Guard

Officer William McGuire

(TWON) on 22DEC2021.

granted permission to treat the POBs as detainees. I disembarked the TOI with the detainees and

made my way back to the HOLLAND.

This statement is true to the best of my knowledge.

*United States Coast Guard*

Officer Misael Terrones



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-20014-CR-DPG

EXHIBIT NO.   1A



22 DEC 2021

EMBARKED 03 DETAINEES FROM GFV UNKNOWN
(TWON). ALL PERSONAL ITEMS INVENTORIED AND BAGGED.
DETAINEES PROVIDED THE FOLLOWING ITEMS: ①TYVEK SUIT,
①SLEEPING BAG, ①TOWEL, ①COT, FOOTWEAR, PERSONAL
TOILETRY ITEMS. READ "COMMAND EXPECTATIONS"
STATEMENT IN SPANISH TO DETAINEES. ALL DETAINEES
CONFIRMED VERBALLY THAT THEY UNDERSTOOD AND HAD
NO QUESTIONS. ALL DETAINEES PROVIDED WITH INITIAL
MEDICAL SCREENING BY THE IDMS ON BOARD. ALL
DETAINEES PROVIDED SHOWERS. DETAINEES ARE BEING
HOUSED ON A COVERED DECK OUTSIDE PORT QUARTER.
DETAINEE INFO IS AS FOLLOWS:

1 Yosid Dagoberto Epieyu Epieyu
2 23 Feb 1985
3 Colombian
4 ccd # 1,122,838.072
5 N/A

1 Juan Escobosa Diaz
2 16 Sep 1983
3 Dominican
4 ID# 061-0024891-0  (verbal claim)
5 N/A

1 Manuel Mela
2 14 May 1971
3 Dominican
4 ID# 600300048042-3  (verbal claim
5 N/A

2000-0000
OFFICER D.C. ASSUMED THE WATCH. ALL DETAINEES
PROVIDED BOTTLED WATER AND HEAD BREAK.

23 DEC 2021
0000-0400
OFFICER D.G. ASSUMED THE WATH.
0400-0800
OFFICER D.G. RETAINED THE WATCH. ALL DETAINEES
PROVIDED HEAD BREAK.
0700
DETAINEES FED BREAKFAST, BREAD, PEANUT BUTTER AND WATER

0900  MEZ DC RELIEVED THE WATCH

0800 - 1200

MEZ DC ASSUMED THE WATCH

0800  DETAINEE 01 PROVIDED HEAD BREAK

0819  DETAINEE 02 PROVIDED HEAD BREAK

1200 - 1600

1200  MEZ DUERR AND MARINE 1 HOBBELEMB ASSUMED THE WATCH.

1242  ALL DETAINEES FED AFTERNOON MEAL CONSISTING OF

HAM AND CHEESE SANDWICH, APPLE, RICE CAKE AND WATER.

1523  DETAINEE ADMINISTERED A MINERAL INJECTION.

MONITORED BY SHIPS DOCTOR.

1538  BMZ L RELIEVED THE WATCH

1600 - 200

1640  ALL DETAINES FED DINNER CONSISTING OF

MEAT, BREAD AND FRUIT.

1812  ALL DETAINEES SEEN BY DOCTOR ON BOARD

2200  03 DETAINEES ACCOUNTED FOR.

2252  03 DETAINEES ACCOUNTED FOR.

24 DEC

0000  03 DETAINEES ACCOUNTED FOR

0030  03 DETAINEES ACCOUNTED FOR

0160  03 DETAINEES ACCOUNTED FOR

0130  03 DETAINEES ACCOUNTED FOR

0200  03 DETAINEES ACCOUNTED FOR

0235  03 DETAINES ACCOUNTED FOR.

0318  03 DETAINES ACCOUNTED FOR.

0353  03 DETAIES ACCOUNTED FOR.

0433  03 DETAINES ACCOUNTED FOR.

0514  03 DETAINEES ACCOUNTED FOR.

0522  03 DETAINEES ACCOUNTED FOR.

0604  03 DETAINEES ACCOUNTED FOR.

0630  03 DETAINEES ACCOUNTED FOR.

0816  03 DETAINEES ACCOUNTED FOR.

0832  03 DETAINEES RECEIVED BREAKFAST CONSISTING OF PANCAKE, SAUSAGE, AND POTATO

0914  01 OF 03 DEPARTS TO HEAD.

1200  01 OF 03 RETURNS FROM HEAD.

02 OF 03 DEPARTS TO HEAD

03 DETAINEES ACCOUNTED FOR

1135  STARTED FEEDING   03 OF 03  DETAINEES
1141  ACCOUNTED FOR ALL UTENSILS
1203  03 OF 03 ACCOUNTED FOR
1233  03 OF 03 ACCOUNTED FOR
1303  03 OF 03 ACCOUNTED FOR
1323  02 OF 03 DEPARTS TO THE HEAD
1330  03 OF 03 ACCOUNTED FOR
1332  02 OF 03 RETURNS FROM HEAD
1400  02 OF 02 ACCOUNTED FOR
1418  02 OF 03 DETAINES DEPARTS TO THE HEAD.
1421  02 OF 03 DETAINES RETURNS.
1421  01 OF 03 DEPARTS TO THE HEAD.
1423  01 OF 03 DETANES RETURNS.
1435  03 OF 03 DETAINES ACCOUNTED FOR.
1454  03 OF 03 DETAINEES GETS VITALS CHECKED.
1505  03 OF 03 DETAINEES ACCOUNTED FOR.
1510  03 OF 03 DETAINEES VITALS ARE AS FOLLOWS;
       138/82 BLOOD PRESSURE, PULSE 93, $SpO_2$ 97, TEMP 99.5.
1526  02 OF 03 DETAINEES DEPARTS TO THE HEAD.
1527  02 OF 03 RETURNS.
1538  02 OF 03 ACCOUNTED FOR.
1557  02 OF 03 DEPARTS TO THE HEAD.
1559  02 OF 03 RETURNS.
1603  03 OF 03 ~~DETAINEES~~ ACCOUNTED FOR.
1631  03 OF 03 DETAINEES ACCOUNTED FOR.
1658  03 OF 03 DETAINEES ACCOUNTED FOR.
1724  03 DETAINEES FED QUINOA & SALAD.
1748  03 DETAINEES ACCOUNTED FOR.
1748  03 SPORKS ACCOUNTED FOR.
1757  02 OF 03 DEPARTS TO HEAD.
1800  02 OF 03 RETURNS FROM HEAD.
1921  02 OF 03 DEPARTS TO HEAD.
1926  02 OF 03 RETURNS.
1927  01 OF 03 DEPARTS TO THE HEAD.
1932  03 OF 03 DETAINEES ACCOUNTED FOR.
1948  03 DETAINEES ACCOUNTED FOR.
2000  03 DETAINEES ACCOUNTED FOR.
2135  03 OF 03 DETAINEES ACCOUNTED FOR.
2200: 03 OF 03 DETAINEES ACCOUNTED FOR.
2230  03 OF 03 DETAINEES ACCOUNTED FOR

2300  03 DETAINEES ACCOUNTED FOR.
2330  03 DET ACCOUNTED FOR

25 DEC

0000  03 DETAINEES ACCOUNTED FOR
0030  03 DETAINEES ACCOUNTED FOR
0100  03 DETAINEES ACCOUNTED FOR
0130  03 DETAINEES ACCOUNTED FOR
0200  03 DETAINEES ACCOUNTED FOR
0300  03 OF 03 DETAINEES ACCOUNTED FOR.
0334  03 OF 03 DETAINEES ACCOUNTED FOR.
0400  03 OF 03 DETAINEES ACCOUNTED FOR.
0432  03 OF 03 DETAINEES ACCOUNTED FOR.
0502  03 OF 03 DETAINEES ACCOUNTED FOR.
0521  03 DETAINEES ACCOUNTED FOR.
0557  03 DETAINEES ACCOUNTED FOR.
0628  03 DETAINEES ACCOUNTED FOR.
0653  02 OF 03 DEPARTS TO THE HEAD.
0655  02 OF 03 RETURNS FROM THE HEAD.
0658  01 OF 03 DEPARTS TO THE HEAD.
0702  01 OF 03 RETURNS TO THE HEAD.
0706  03 DETAINEES ACCOUNTED FOR.
0743  03 DETAINEES ACCOUNTED FOR.
0800  03 DETAINEES ACCOUNTED FOR.
0800  03 DETAINEES RECEIVED BREAKFAST CONSISTING OF SCRAMBLED EGGS AND
       HASH BROWNS
0900  03 DETAINEES ACCOUNTED FOR.
0925  02 OF 03 DEPARTS TO HEAD.
0926  03 DETAINEES ACCOUNTED FOR.
0930  02 OF 03 RETURNS FROM HEAD.
0932  01 OF 03 DEPARTS TO HEAD.
0934  01 OF 03 RETURNS FROM HEAD.
1011  03 DETAINEES ACCOUNTED FOR AND GIVEN COOKIES.
1028  03 DETAINEES ACCOUNTED FOR
1057  03 DETAINEES ACCOUNTED FOR.
1115  03 OF 03 DEPARTS TO HEAD.
1134  03 DETAINEES ACCOUNTED FOR
      03 DET FED
      03 DETAINEES ACCOUNTED FOR
      03 DETAINEES ACCOUNTED FOR
      03 DETAINEES ACCOUNTED FOR

1313   02 OF 03   TO THE HEAD

1314   02 OF 07   BACK FROM THE HEAD

1321   03 ACCOUNTED   FOR

1402   02 ACCOUNTED   FOR

1443   01 OF 03 DETAINEES DEPARTS TO THE HEAD.

1444   01 OF 03 DETAINEES RETURNS.

1500   03 OF 03 DETAINEES ACCOUNTED FOR.

1526   03 OF 03 DETAINEES COMPLAINS OF CHEST PAIN.

1530   03 OF 03 DETAINEES ACCOUNTED FOR.

1600   03 OF 03 DETAINEES ACCOUNTED FOR.

1604   03 OF 03 DETAINEES VITALS CHECKED AND ARE AS
FOLLOWS: BLOOD PRESSURE: 133/87, PULSE: 92, $SpO_2$: 97, TEMP: 97.3,

1630: 03 OF 03 DETAINEES ACCOUNTED FOR.

1635: 02 OF 03 DETAINEES DEPARTS TO THE HEAD

1637: 02 OF 03 DETAINEES RETURNS.

1700: 03 OF 03 DETAINEES ACCOUNTED FOR.

1723   03 DETAINEES FED MEAT & POTATOES

1756   03 DETAINEES ACCOUNTED FOR.

1828   03 DETAINEES ACCOUNTED FOR.

1857   03 DETAINEES ACCOUNTED FOR

1928   03 DETAINEES ACCOUNTED FOR.

2050   03 DETAINEES ACCOUNTED FOR

2138   03 OF 03 DETAINEES ACCOUNTED FOR.

2200   03 OF 03 DETAINEES ACCOUNTED FOR.

2300   03 OF 03 DETAINEES ACCOUNTED FOR.

2350   03 DETAINEES ACCOUNTED FOR.

0230: 03 OF 03 DETAINEES ACCOUNTED FOR

0300: 03 OF 03 DETAINEES ACCOUNTED FOR

0330: 03 OF 03 DETAINEES ACCOUNTED FOR.

0400: 03 OF 03 DETAINEES ACCOUNTED FOR

0436: 03 OF 03 DETAINEES ACCOUNTED FOR.

0500: 03 OF 03 DETAINEES ACCOUNTED FOR.

0530   03 DETAINEES ACCOUNTED FOR.

0606   03 DETAINEES ACCOUNTED FOR.

0629   03 DETAINEES ACCOUNTED FOR.

0632   01 OF 03 DEPARTS TO THE 1ST HEAD.

0635   01 OF 03 RETURNS FROM HEAD.

0640   02 OF 03 DEPARTS TO THE HEAD.

0643   02 OF 03 RETURNS FROM HEAD.

0747   03 DETAINEES FED BREAKFAST.



0808 02 OF 03 RETURNS FROM DEPARTS TO HEAD.

0809 03 DETAINEES ACCOUNTED FOR.

0809 02 OF 03 DEPARTS TO HEAD.

0817 02 OF 03 RETURNS FROM HEAD.

0944 3 OF 3 ACCOUNTED FOR

0913 01 OF 03 DEPARTS TO HEAD.

0934 02 of 03 Departs to head

0936 02 of 03 Returns from the head

1005 02 OF 03 DEPARTS TO HEAD.

1005 03 DETAINEES ACCOUNTED FOR.

1006 02 OF 03 RETURNS FROM HEAD.

1032 03 OF 03 DETAINEES ACCOUNTED FOR.

1107 01 OF 03 DET TO THE HEAD

1136 03 OF 03 ACCOUNTED FOR

1153 03 DET FED

1206 03 DETAINEES ACCOUNTED FOR

1330 03 DETAINEES ACCOUNTED FOR



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-20014-CR-DPG

EXHIBIT NO. 2B

# USCGC VIGOROUS (WMEC 627)

# DETAINEE WATCH LOG



YELLOW BANDS

DATE: 26DEC21

CASE NO: ~~627~~    -

1356-003

DATE:

| WRISTBAND | DATE/TIME | DATE/TIME | DATE/TIME | DATE/TIME |
|---|---|---|---|---|
| Tag # | Meal 1 | Meal 2 | Other | Other |
| EAXEMPLE: 627-001-21-01 OF 04 | 1DEC21 0900 | 01DEC21 1725 | REFUSED TO EAT W/ DATE & TIME | RICE ONLY W/ DATE & TIME |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE:

| WRISTBAND # | DATE/TIME | DATE/TIME | DATE/TIME | DATE/TIME |
|---|---|---|---|---|
| Tag # | Meal 1 | Meal 2 | ~~Other~~ MEAL 3 | Other |
| 1356-0003-01 | | | 26 DEC 21/~~1030~~ 1808 | |
| 1356-0003-02 | | | 26 DEC 21/~~1030~~ 1808 | |
| 1356-0003-03 | | | 26 DEC 21/~~1030~~ 1808 | |
| 1356-0003-01 | 27 DEC 21/0830 | 27 DEC 21/1223 | 27 DEC 21/1754 | |
| 1356-0003-02 | 27 DEC 21/0830 | 27 DEC 21/1223 | 27 DEC 21/1750 | |
| 1356-0003-03 | 27 DEC 21/0830 | 27 DEC 21/1223 | 27 DEC 21/1750 | |
| 1356-003-01 | | 28 DEC 21 /1335 | 28 DEC 21/1750 | 28DEC21/0833 REFUSED |
| 1356-003-02 | | 28 DEC 21/1335 | 28 DEC 21/1750 | 28DEC21/0833 REFUSED |
| 1356-003-03 | | 28 DEC 21/1335 | 28 DEC 21/1750 | 28DEC21/0833 REFUSED |
| 1356-003-01 | | | | |
| 1356-003-01 | 29 DEC 21 0855 | 29 DEC 21/1300 | 29 DEC 21/1807 | |
| 1356-003-02 | 29 DEC 21 0855 | 29 DEC 21/1300 | 29 DEC 21/1807 | |
| 1356-0003-03 | 29 DEC 21 0855 | 29 DEC 21/1300 | 29 DEC 21/1807 | |
| 1356-003-01 | 30 DEC 21 0846 | 30 DEC 21/1202 | 30 DEC 21/1745 | 30 DEC 21/1901 |
| 1356-003-02 | 30 DEC 21 0846 | 30 DEC 21/1202 | 30 DEC 21/1745 | 30 DEC 21/1901 |
| 1356-003-03 | 30 DEC 21 0846 | 30 DEC 21/1202 | 30 DEC 21/1745 | 30 DEC 21/1901 |
| 1356-003-01 | 31 DEC 21 0820 | 31 DEC 21/1230 | 31 DEC 21/1740 | |
| 1356-003-02 | 31 DEC 21 0820 | 31 DEC 21/1230 | 31 DEC 21/1740 | |
| 1356-003-03 | 31 DEC 21 0820 | 31 DEC 21/1230 | 31 DEC 21/1740 | |
| 1356-0003-01 | 01 JAN 22 0805 | ~~01 DEC 21 1204~~ 01 JAN 22 1204 | 01 JAN 22/1753 | |
| 1356-0003-02 | 01 JAN 22 0805 | 01 JAN 22 1204 | 01 JAN 22/1753 | |
| 1356-003-03 | 01 JAN 22 0805 | 01 JAN 22 1204 | 01 JAN 22/1753 | |
| 1356-0003-01 | 02 JAN 22 0820 | 02 JAN 22 1209 | 02 JAN 22/1753 | |
| 1356-003-02 | 02 JAN 22 0820 | 02 JAN 22 1209 | 02 JAN 22/1753 | |
| 1356-003-03 | 02 JAN 22 0820 | 02 JAN 22 1209 | 02 JAN 22/1753 | |
| 1356-003-01 | 03 JAN 21 0815 | | | |

DATE:

| WRISTBAND # | DATE/TIME | DATE/TIME | DATE/TIME | DATE/TIME |
|---|---|---|---|---|
| Tag # | Meal 1 | Meal 2 | ~~Other~~ MEAL 3 | Other |
| 1356-003-02 | 03JAN21 0815 | | | |
| 1356-003-03 | 03JAN21 0815 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE:

**\*LOG SHALL NOT CONTAIN ANY SPACES BETWEEN ENTRIES.  USE EVERY LINE.\***

## LOG

26DEC2021          1200 - 1600 2000

1400· EMBARKED  03 MAN  15 DETAINEES

1430 - 03 DETAINEES ACCOUNTED FOR.

1500- 03 DETAINEES ACCOUNTED FOR.

1530 - 03 DETAINEES ACCOUNTED FOR.

1600 - 03 DETAINEES ACCOUNTED FOR.

1630 - 03 DETAINEES ACCOUNTED FOR.

1700- 03 DETAINEES ACCOUNTED FOR.

1730 - 03 DETAINEES ACCOUNTED FOR.

1800 - 03 DETAINEES ACCOUNTED FOR.

1808 - 03 DETAINEES RECEIVED EVENING MEAL.

1830 - 03 DETAINEES ACCOUNTED FOR.

1834 - 03 DETAINEES RECEIVED BLANKETS.

1900 - 03 DETAINEES ACCOUNTED FOR.

          2000 - 2400

1925· MR. GORDON AND SN LIZARDI RELIEVED THE WATCH.

1930 - 03·DETAINEES ACCOUNTED FOR

2000 - 03 DETAINEES ACCOUNTED FOR.

2030 - 03 DETAINEES ACCOUNTED FOR.

DATE:

26 DEC 2021          2000 - 2400 (cont.)

2100 - 03 DETAINEES ACCOUNTED FOR.

2125 - 1356 - 0003 - 01 RECEIVED HYDROCORTISONE 1%

2130 - 03 DETAINEES ACCOUNTED FOR.

2200 - 03 DETAINEES ACCOUNTED FOR.

2230 - 03 DETAINEES ACCOUNTED FOR.

2300 - 03 DETAINEES ACCOUNTED FOR.

          0000 - 0400

2325 - MK2 WISNIEWSKI AND SN STONE RELIEVED THE WATCH.

2330 - 03 DETAINEES ACCOUNTED FOR.

27 DEC 2021

0000 - 03 DETAINEES ACCOUNTED FOR.

0030 - 03 DETAINEES ACCOUNTED FOR.

0100 - 03 DETAINEES ACCOUNTED FOR.

0130 - 03 DETAINEES ACCOUNTED FOR.

0200 - 03 DETAINEES ACCOUNTED FOR.

0230 - 03 DETAINEES ACCOUNTED FOR

0300 - 03 DETAINEES ACCOUNTED FOR.

          0400 - 0800

0330 - SN REYNOLDS AND ET2 SCARBOROUGH RELIEVED THE WATCH

0331 - 03 DETAINEES ACCOUNTED FOR.

0400 - 03 DETAINEES ACCOUNTED FOR.

DATE:

27 DEC 2021          0400 - 0800 (cont.)

0430 - 03 DETAINEES ACCOUNTED FOR.

0500 - 03 DETAINEES ACCOUNTED FOR.

0530 - 03 DETAINEES ACCOUNTED FOR

0600 - 03 DETAINEES ACCOUNTED FOR.

0630 - 03 DETAINEES ACCOUNTED FOR.

0700 - 03 DETAINEES ACCOUNTED FOR

                0800 - 1200

0725 - MR. GORDON AND SN LIZARDI RELIEVED THE WATCH

0730 - 03 DETAINEES ACCOUNTED FOR.

0800 - 03 DETAINEES ACCOUNTED FOR.

0830 - 03 DETAINEES RECEIVED THE MORNING MEAL.

0831 - 03 DETAINEES ACCOUNTED FOR.

0900 - 03 DETAINEES ACCOUNTED FOR.

~~0925 - 1356 - 002 - 03 RECEIVED FIBER SUPPLEMENTS.~~ MTW

0930 - 03 DETAINEES ACCOUNTED FOR.

1000 - 03 DETAINEES ACCOUNTED FOR.

1030 - 03 DETAINEES ACCOUNTED FOR.

1100 - 03 DETAINEES ACCOUNTED FOR.

                1200 - 1600

1125 - MK2 WISNIEWSKI AND SN STONE RELIEVED THE WATCH.

1130 - 03 DETAINEES ACCOUNTED FOR.

DATE:

27 DEC 2021                    1200-1600 (cont.)

1200- 03 DETAINEES ACCOUNTED FOR.

1223- 03 DETAINEES RECEIVED THE NOON MEAL.

1230- 03 DETAINEES ACCOUNTED FOR.

1254-1356- 0003 -01 WENT TO THE BATHROOM.

1300- 03 DETAINEES ACCOUNTED FOR.

1330- 03 DETAINEES ACCOUNTED FOR.

1400- 03 DETAINEES ACCOUNTED FOR.

1436 - 03 DETAINEES ACCOUNTED FOR.

1500- 03 DETAINEES ACCOUNTED FOR.

1530 - 03 DETAINEES ACCOUNTED FOR.

1530 SN REYNOLDS AND ET2 SCARBOROUGH RELIEVED THE

WATCH.

1600-2000

1600 - 03 DETAINEES ACCOUNTED FOR

1609 - 1356 - 003- 07 USED THE HEAD

1613 - 1356 - 003- 03 USED THE HEAD

1630- 03 DETAINEES ACCOUNTED FOR.

1700 - 03 DETAINEES ACCOUNTED FOR

1730 - 03 DETAINEES ACCOUNTED FOR

1734- 1356 - 003-01 USED THE HEAD

1750- 03 DETAINEES RECEIVED EVENING MEAL.

DATE:

27DEC 21                    1600 - 2000 (CONT.)

1800 - 03 DETAINEES ACCOUNTED FOR

1830 - 03 DETAINEES ACCOUNTED FOR

1832 - 1356 - 003 - 02 RECIEVED PERSONAL MEDICATION

1839 - 1356 - 003 - 02 GOT HIS BLOOD PRESSURE CHECKED

1900 - 03 DETAINEES ACCOUNTED FOR

1914 - 1356 - 003 - 01 USED THE HEAD

1930 - 03 DETAINEES ACCOUNTED FOR

                    2000 — 2400

2000 - ENS GORDON AND SN LIZARDI RELIEVED THE WATCH

2000 - 03 DETAINEES ACCOUNTED FOR

2030 - 03 DETAINEES ACCOUNTED FOR

2100 - 03 Detainees Accounted For.

2130 - 03 DETAINEES ACCOUNTED FOR.

2200 - 03 Detainees Accounted For.

2230 - 03 DETAINEES ACCOUNTED FOR.

2300 - 03 Detainees Accounted For.

                    0000 - 0400

2327 - MK2 WISNIEWSKI AND SN STONE RELIEVED THE WATCH.

2330 - 03 DETAINEES ACCOUNTED FOR.

**28 DEC 2021**
0001 - 03 DETAINEES ACCOUNTED FOR.

0030 - 03 DETAINEES ACCOUNTED FOR.

DATE:

28 DEC 2021      0000-0400 (cont.)

0100 - 03 DETAINEES ACCOUNTED FOR.

0117 - 1356 - 003 - 01 WENT TO THE BATHROOM.

0130 - 03 DETAINEES ACCOUNTED FOR.

0200 - 03 DETAINEES ACCOUNTED FOR.

0230 - 03 DETAINEES ACCOUNTED FOR.

0300 - 03 DETAINEES ACCOUNTED FOR.

0400 - 0800

0330 - 03 DETAINEES ACCOUNTED FOR

0330 - SN REYNOLDS & ET2 SCARBOROUGH RELIEVED THE WATCH

0400 - 03 DETAINEES ACCOUNTED FOR

0430 - 03 DETAINEES ACCOUNTED FOR

0500 - 03 DETAINEES ACCOUNTED FOR

0530 - 03 DETAINEES ACCOUNTED FOR

0549 - 1356 - 003 - 03 WENT TO THE BATHROOM

0600 - 03 DETAINEES ACCOUNTED FOR

0609 - 1356 - 003 - 02 WENT TO THE BATHROOM

0616 - 1356 - 003 - 01 WENT TO THE BATHROOM

0630 - 03 DETAINEES ACCOUNTED FOR

0700 - 03 DETAINEES ACCOUNTED FOR

0730 - ENS GORDON : SN LIZARDI RELIEVED THE WATCH

0730 - 03 DETAINEES ACCOUNTED FOR

DATE:

0800 - 1200

0800 - 03 DETAINEES ACCOUNTED FOR.

0833 - ALL 03 Detainees REFUSED TO EAT.

0900 - 03 Detainees Accounted For.

0934 - 03 DETAINEES ACCOUNTED FOR.

1000 - 03 DETAINEES ACCOUNTED FOR.

1020 - 1356-003 - 03 HAD BLOOD PRESSURE CHECKED. RECIEVED 20mg LISINOPRIL.

1030 - 1356 - 003 - 01 RECEIVED MEDICAL ATTENTION REGARDING ASTHMA.

1110 - 1356 - 003 - 01 USED THE HEAD

1200 - 1600

1125 - MK2 WISNIEWSKI AND FN STONE RELIEVED THE WATCH.

1130 - 03 DETAINEES ACCOUNTED FOR

1200 - 03 DETAINEES ACCOUNTED FOR

1230 - 03 DETAINEES ACCOUNTED FOR

1240 - 1356-003-03 SHOWERED

1253 - 1356-003-03 RETURNED

1255 - 1356 - 003 - 01 SHOWERED

1300 - 03 DETAINEES ACCOUNTED FOR

1301 - 1356-003-01 RETURNED

1301 - 1356-003-02 - SHOWERED

DATE:

1310-1356-003-02 - RETURNED

1330-03 DETAINEES ACCOUNTED FOR

1400-03 DETAINEES ACCOUNTED FOR

1430-03 DETAINEES ACCOUNTED FOR

1434-1356-003-02-USED HEAD

1500-03 DETAINEES ACCOUNTED FOR

1600-2600

1529-SN REYNOLDS & ET2 SCARBOROUGH RELIEVED THE WATCH

1530-03 DETAINEES ACCOUNTED FOR

1600-03 DETAINEES ACCOUNTED FOR

1630-03 DETAINEES ACCOUNTED FOR

1700-03 DETAINEES ACCOUNTED FOR

1701-TRANSFERED 03 DETAINEES TO FORECASTLE

1730-03 DETAINEES ACCOUNTED FOR

1750-03 DETAINEES WERE GIVEN EVENING MEAL

1800-03 DETAINEES ACCOUNTED FOR

1826-1356-003-02 RECIEVED FIBER SUPPLEMENT

1830-03 DETAINEES ACCOUNTED FOR

1844-1356-003-03 GOT BLOOD PRESURRE CHECKED

1856-1356-003-01 650mg OF TYLENOL RECIEVED

1900-03 DETAINEES ACCOUNTED FOR

1930-03 DETAINEES ACCOUNTED FOR.

DATE: 28DEC21

_____ 2000 - 2400 _____

1920 - MK3S + BM3D ASSUME THE WATCH, IS POB OPS NORM

1950 - 02 USED THE HEAD

2000 - 03 DET OPS NORM

2023 - 01 USED THE HEAD

2030 - 03 DET OPS NORM

2100 - 03 DET OPS NORM

2130 - 03 DET OPS NORM

2200 - 03 DET OPS NORM

2230 - 03 DET OPS NORM

2242 02 OF 03 - USED THE HEAD

2300 - 03 DET OPS NORM

_____ 0000 - 0400 _____

2330 - SNG x SNL ASSUME THE WATCH, IS POB, OPS NML

0000 - 03 DET OPS NORM

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

0200 - 03 DET OPS NORM

0230 - 03 DET OPS NORM

0300 - 03 DET OPS NORM

_____ 0400 - 0800 _____

DATE:

29 DEC 21                    Ø4ØØ - Ø8ØØ (CONT.)
Ø33Ø - SN REYNOLDS 3 OS3 RAY RELIEVED THE WATCH
Ø33Ø - Ø3 DET OPS NORMAL
Ø356 - 1356 - ØØ3 - Ø1 USED THE HEAD
Ø4ØØ - Ø3 DET OPS NORMAL
Ø41Ø - 1356 - ØØ3 - Ø3 USED THE HEAD
Ø43Ø - Ø3 DET OPS NORMAL
Ø5ØØ - Ø3 DET OPS NORMAL
Ø53Ø - Ø3 DET OPS NORMAL
Ø6ØØ - Ø3 DET OPS NORMAL
Ø616 - 1356 - ØØ3 - Ø1 USED THE HEAD
Ø63Ø - Ø3 DET OPS NORMAL
Ø7ØØ - Ø3 DET OPS NORMAL
Ø715 - 1356 - ØØ3 - Ø2 USED THE HEAD

                Ø8ØØ - 12ØØ

Ø73Ø · MK3 J & BM3 P ASSUME THE WATCH, Ø3 DET OPS NORM
Ø8ØØ · Ø3 DET OPS NORM
Ø81Ø - Ø1 - USED THE HEAD
Ø83Ø - Ø3 DET OPS NORM
Ø855 · Ø3 RECEIVED FOOD
Ø9ØØ - Ø3 DET OPS NORM
Ø93Ø - Ø3 DET OPS NORM

DATE:

0600 -1200 (cont)

1000- 03 DET OPS NORM

1030 - 03 DET OPS NORM

1100 - 03 DET OPS NORM

1130 - 03 DET OPS NORM

1200 - 1600

1130 - SN G x SN L ASSUME THE WATCH. 03 POB, OPS NML.

1157 - 1356 - 003 - 02 USED THE HEAD

1200 - 03 DET OPS NORM

1230 - 03 DET OPS NORM

1300 - 03 DET OPS NORM

1306 - MEAL #2 SERVED

1330 - 03 DET OPS NORM

1400 - 03 DET OPS NORM

1430 - 03 DET OPS NORM

1500 - 03 DET OPS NORM

1528 - 1356 - 003 - 02 USED THE HEAD

1600 - 2000

1530 - SN REYNOLDS 2 OS3 GAY RELIEVED THE WATCH

1530 - 03 DET OPS NORMAL

1549 - 1356 - 003 - 01 USED THE HEAD

1600 - 03 DET OPS NORMAL

DATE:

---

'6000 - 2000 (CONT.)

1630 - 03 DETS OPS NORMAL

1648 - 1356 - 0003 - 03 USED THE HEAD

1700 - 03 DETS OPS NORMAL

1730 - 03 DETS OPS NORMAL

1800 - 03 DETS OPS NORMAL

1807 - 03 DETS RELIEVED EVENING MEAL

1811 - 1356 - 0003 - 02 RELIEVED FIBER SUPPLEMENT

1829 - 1356 - 0003 - 01 USED THE HEAD

1830 - 03 DETS OPS NORMAL

1830 - 1356 - 0003 - 03 GOT BLOOD PRESSURE CHECKED

1836 - 1356 - 0003 - 02 USED THE HEAD

1900 - 03 DETS OPS NORMAL

2000 - 2400

1927 - MK3 J & BM3 D ASSUME THE WATCH

1930 - 03 DET OPS NORM

1954 - 02 USED THE HEAD

2000 - 03 DET OPS NORM

2030 - 03 DET OPS NORM

2100 - 03 DET OPS NORM

2130 - 03 DET, OPS NORMAL

2200 - 03 DET OPS NORMAL

DATE:

2000 - 2400 (CONT.)

2236 - 03 DET OPS NORMAL

2300 - 03 DET OPS NORMAL

0000 - 0400

2330 - SN G AND SN L ASUMES THE WATCH. 03 DET OPS NORM.

2331 - 1356 - 003 - 01 USED THE HEAD.

0000 - 03 DET OPS NORM

0010 - 1356 - 003 - 01 USED THE HEAD

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

0200 - 03 DET OPS NORM

0230 - 03 DET OPS NORM

0300 - 03 DET OPS NORM

0400 - 0800

0330 - SN REYNOLDS ? OS3 RAY RELIEVED THE WATCH

0330 - 03 DET OPS NORMAL

0400 - 03 DET OPS NORMAL

0409 - 1356 - 003 - 03 USED THE HEAD

0430 - 03 DET OPS NORMAL

0500 - 03 DET OPS NORMAL

0530 - 03 DET OPS NORMAL

DATE:

0400 - 0800 (CONT)

0533 - 1356-0003-01 USED HEAD

0600 - 03 DET OPS NORMAL

0630 - 03 DET OPS NORMAL

0700 - 03 DETS OPS NORMAL

0800 - 1200

0130 - MK3 J + BM3 D ASSUME THE WATCH 03 DET OPS NORM

0800 - 03 DET OPS NORM

0830 - 03 DET OPS NORM

0900 - 03 DET OPS NORM

0930 - 03 DET OPS NORM

1000 - 03 DET OPS NORM

1000 - 03 DET OPS NORM

1100 - 03 DET OPS NORMAL

1200 - 1600

1130 - SN3 R SN1 L ASSUME THE WATCH. 03 DET, OPS NORM

1133 - 1356-003-03 REFUSED TO BRUSH TEETH

1141 - 1356-003-01 USED THE HEAD

1143 - 1356-003-02 USED THE HEAD

1200 - 03 DET OPS NORM

1202 - MEAL #2 SERVED

1230 - 03 DET OPS NORM

DATE:

30 DEC 21

1200 - 1600

1300 - 03 DET OPS NORM

1330 - 03 DET OPS NORM

1400 - 1356 - 003 - 01 USED THE HEAD

1400 - 03 DET OPS NORM

1430 - 03 DET OPS NORM

1455 - 1356 - 003 - 02 USED THE HEAD

1500 - 03 DET OPS NORM

1600 - 2000

1530 - SN REYNOLDS 3 053 RAP RELIEVED THE WATCH

1530 - 03 DET OPS NORMAL

1600 - 03 DET OPS NORMAL

1600 - 1356 - 003 - 03 USED THE HEAD

1630 - 03 DET OPS NORMAL

1700 - 03 DET OPS NORMAL

1730 - 03 DET OPS NORMAL

1745 - 03 DET RECIEVED EVENING MEAL

1800 - 03 DET OPS NORMAL

1830 - 03 DETS OPS NORMAL

1850 - 1356 003 - 02 RECIEVED FIBER SUPPLEMENT

1900 - 03 DETS OPS NORMAL

1901 - 03 DETS RECIEVED PPS'S SANDWICHES

DATE:

16,000 - 2000bb (CONT.)

1907 - 1356 - 003 - 03 GOT BLOOD PRESSURE CHECKED

1908 - 1356 - 009 - 03 USED THE HEAD

1930 - 03 DET OPS NORMAL

2000 - 2400

1930 - BM3D AND BN S RELIEVED THE WATCH

1930 - 03 DET OPS NORM

2000 - 03 DET OPS NORMAL

2021 - 1356 - 003 - 01 USED HEAD

2030 - 03 DET OPS NORM

2100 - 03 DETS OPS NORM

2130 - 03 DETS OPS NORM

2200 - 03 DETS OPS NORM

2230 - 03 DETS OPS NORM

2300 - 03 DET OPS NORM

0000 - 0400

2330 - SN G AND SN L ASSUMES THE WATCH. 03 DETS OPS NORM.

0000 - 03 DET OPS NORM

0001 - 1356 - 003 - 01 USED HEAD

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

DATE:

0000 – 0400 (cont.)

0200 – 0.3 AET  OPS NORM

0230 – 03  DET  OPS  NORM

0300 – 1356-003-01  USED THE HEAD

0300 – 03 DET OPS  NORM

0400 – 0800

0336 – 3N REYNOLDS & OS3 RAY RELIEVED THE  WATCH

0330 – 03 DET  OPS NORMAL

0400 – 03 DET OPS NORMAL

0436 – 03 DET  OPS  NORMAL

0500 – 03 DET OPS  NORMAL

0530 – 03 DET OPS NORMAL

0551 – 1356-003-03 USED HEAD

0600 – 03 DETS OPS NORMAL

0610 – 1356-003-01 USED THE HEAD

0630 – 03 DETS OPS NORMAL

0631 – 1356-003-02 USED THE HEAD

0647 – 1356-003-03 USED THE HEAD

0656 – 1356-003-01 USED THE HEAD

0700 – 03 DETS OPS NORMAL

0800 – 1200

0730 · BM3 D AND FN S RELIEVED  THE  WATCH

DATE:

0800 - 1200 (cont.)

0730 - 03 DETS OPS NORMAL

0800 - 03 DETS OPS NORMAL

0830 - 03 DETS OPS NORMAL

0900 - 03 DETS OPS NORMAL

0930 - 03 DETS OPS NORMAL

0950 - 1356 - 003 - 01 USED HEAD

1000 - 03 DED OPS NORMAL

1030 03 DED OPS NORMAL

1100 - 03 DETS OPS NORMAL

1130 - 03 DETS OPS NORM

1200 - 1600

1130 - SNG AND SNL ASSUMES THE WATCH

1135 - 1356 - 003 - 01 WENT TO SHOWER

1144 - 1356 - 003 - 01 RETURNS AND 1356 - 003 TAL - 02 GOES TO SHOWER.

1153 - 1356 - 003 - 03 RETURNS AND 1356 - 003 TAL - 02 GOES TO SHOWER.

1200 - 02 DET ON DECK, 01 ON SHOWER, OPS NORM.

1203 - 1356 - 003 - 02 RETURNS FROM SHOWER

1230 - 03 DET OPS NORM

1300 - 03 DET OPS NORM

1330 - 03 DET OPS NORM

1400 - 03 DET OPS NORM

DATE:

---

1200 -1600 (CONT.)

1430 - 03 DET OPS NORM

1500 - 03 DET OPS NORM

1530 - 03 DET OPS NORM

TIME TICK CONDUCTED MOVE BACK 1 HOUR

1443 - 1356 003 - 03 USED THE HEAD.

1600 - 2000

1500 - SN REYNOLDS 3 OS3 RAY RELIEVED THE WATCH

1500 - 03 DET OPS NORMAL

1530 - 03 DET OPS NORMAL

1539 - 1356 - 003 - 01 USED THE HEAD

1600 - 03 DET OPS NORMAL

1630 - 03 DET OPS NORMAL

1700 - 03 DET OPS NORMAL

1730 - 03 DET OPS NORMAL

1740 - 03 DET RECIEVED EVENING MEAL

1744 - 1356 - 003 - 01 USED THE HEAD

1752 - 1356 - 003 - 02 USED THE HEAD

1754 - 1356 - 003 - 03 USED THE HEAD

1800 - 03 DET OPS NORMAL

1830 - 03 DET OPS NORMAL

1833 - 1356 - 003 - 02 RECIEVED FIBER SUPPLEMENT

DATE:

1600 - 2000 (CONT)

1835 - 1356 - 003 - 03 GOT BLOOD PRESSURE CHECKED

1900 - 03 DET OPS NORMAL

1930 - 03 DET OPS NORMAL

2000 - 03 DET OPS NORMAL

2030 - 03 DET OPS NORMAL

2100 - 03 DET OPS NORMAL

2130 - 03 DET OPS NORMAL

2200 - 03 DET OPS NORMAL

2269 - 1356 - 003 - 01 USED HEAD

2230 - 03 DET OPS NORMAL

2300 - 03 DET OPS NORMAL

2330 - 03 DET OPS NORM

0000 - 0400

2332 - SN 6 AND SN L ASSUMES THE WATCH

0000 - 03 DET OPS NORM

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

0200 - 03 DET OPS NORM

0216 - 1356 - 003 - 01 USED THE HEAD

0230 - 03 DET OPS NORM

DATE:

01 JAN 22

<u>0000 - 0400</u>

0243 - 1356 - 002 - 01 USED THE HEAD

0200 - 03 DET OPS NORMAL

<u>0400 - 0800</u>

0330 SN REYNOLDS 's OS3 RAY RELIEVED THE WATCH

0330 - 03 DET OPS NORMAL

0400 - 03 DET OPS NORMAL

0406 - 1356 - 003 - 03 USED THE HEAD

0430 - 03 DET OPS NORMAL

0500 - 03 DET OPS NORMAL

0530 - OS3 DET OPS NORMAL

0600 - 03 DET OPS NORMAL

0615 - 1356 - 003 - 01 USED THE HEAD

0618 - 1356 - 003 - 07 USED THE HEAD

0630 - 03 DET OPS NORMAL

0700 - 03 DET OPS NORMAL

<u>0800 - 1200</u>

0730 · BM3 D AND FN S RELIEVED THE WATCH

0730 - 03 DETS OPS NORMAL

0800 - 03 DETS OPS NORMAL

0830 - 03 DET OPS NORMAL

0900 - 03 DETS OPS NORMAL

DATE:

0406 - 1356 - 003 - 1   USED HEAD

0916 - 1356 - 003 - 03   USED HEAD

0940 - 1356 - 003 - 02   USED HEAD

0930 - 03 DETS OPS NORMAL

1000 - 03 DETS OPS NORAM

1030 - 03 DETS OPS NORMAL

1100 - 03 DETS OPS NORMAL

1110 - 1556 - 003 - 01   USED HEAD

1200 - 1600

1130 - SNG x SNL ASSUME THE WATCH, 03 DETS, OPS NORM

1155 - 1356 - 003 - 02 USED THE HEAD

1200 - 03 DETS, OPS NORM

1204 - MEAL #2 SERVED

1230 - 03 DETS, OPS NORM

1300 - 03 DETS, OPS NORM

1318 - 03 DETS WENT FOR EXERCISE

1400 - 03 DETS RETURNED, OPS NORM

1430 - 03 DETS OPS NORM

1500 - 03 DETS OPS NORM

1600 - 2000

1530 - SN REYNOLDS 3 OS3 RAY RELIEVED THE WATCH

1530 - 03 DETS OPS NORMAL

DATE:

_____ 1600 - 2000 (CONT.)

1600 - 03 DETS OPS NORMAL

1630 - 03 DETS OPS NORMAL

1700 - 03 DETS OPS NORMAL

1730 - 03 DETS OPS NORMAL

1744 - 1356 - 003 - 02 USED THE HEAD

1753 - 03 DETS RECIEVED EVENING MEAL

1800 - 03 DETS OPS NORMAL

1804 - 1356 - 003 - 01 USED THE HEAD

1815 - 1356 - 003 - 02 RECIEVED FIBER SUPPLEMENTS

1816 - 1356 - 003 - 03 GOT BLOOD PRESSURE CHECKED

1830 - 03 DETS OPS NORMAL

1900 - 03 DETS OPS NORMAL

_____ 2000 - 2400

1930 - BM3 D AND FNS  RELIEVED THE WATCH

1930 - 03 DETS  OPS NORMAL

2000 - 03 DETS  OPS  NORMAL

2030 - 03 DETS  OPS  NORMAL

2100 - 03 DETS  OPS  NORMAL

2120 - 1356 - 003 - 01 USED HEAD

2130 - 03 DETS OPS NORMAL

2200 - 03 DETS OPS NORMAL

DATE:

2000 - 2400 (cont)

2230 - 03 DETS OPS NORMAL

2300 - 03 DETS OPS NORMAL

02JAN22                    2000 - 0400

2330 - SN 6 AND SN L ASSUME WATCH, 03 DET OPS NORM

0000 - 03 DET OPS NORM

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

0200 - 03 DET OPS NORM

0222 - 1356 - 003-01 USED THE HEAD

0230 - 03 DET OPS NORM

0300 - 0.3 DET OPS NORM

0400 - 0800

0330 - SN REYNOLDS & OS3 RAY RELIEVED THE WATCH

0330 - 03 DET OPS NORMAL

0400 - 03 DET OPS NORMAL

0430 - 03 DET OPS NORMAL

0500 - 03 DET OPS NORMAL

0530 - 03 DET OPS NORMAL

0600 - 03 DET OPS NORMAL

0630 - 03 DET OPS NORMAL

0700 - 03 DET OPS NORMAL

DATE:

02JAN22

500 0736-04 DETS OPS NORMAL
.00 0800-03 DETS OPS NORMAL
0830-03 DETS OPS NORMAL
0900-03 DETS OPS NORMAL
0900-02 DETAINEES REFUSED MEDKAT TIME.
0930-03 PETAINEES, OPS NORMAL.
1000-03 DETAINEES, OPS NORMAL.
1030-03 DETAINEES, OPS NORMAL
1050-1356-003-02- RECIEVED FIBBER SUPLEMENTD
1052-1356-003-03- RECIEVED BLOOD PRESSURE MEDICINE
1100-03 DETS OPS NORMAL
1120-1356-003-01 USED HEAD
1200-1600
1130-SNC AND SNG ASSUME WATCH. 03 DET, OPS NORM
1149-1356-003-02 USED THE HEAD
1200-03 DET, OPS NORM
1204-MEAL #2 SERVED
1230-03 DET, OPS NORM
1300-03 DET OPS NORM
1330-03 DET. OPS NORM
1400-03 DET OPS NORM
1428-1356-003-02 USED THE HEAD

DATE:

02 JAN 22

1200 - 1600

1430 - 03 DET, OPS NORM

1500 - 03 DET OPS NORM

1600 - 2000

1530 - SN REYNOLDS 3 OSS RAY RELIEVED THIS WATCH

1530 - 03 DET OPS NORMAL

1600 - 03 DET OPS NORMAL

1624 - 1356 - 0003 - 01 USED THE HEAD

1630 - 03 DET OPS NORMAL

1700 - 03 DET OPS NORMAL

1730 - 03 DET OPS NORMAL

1753 - 03 DET RECIEVED EVENING MEAL

1800 - 03 DET OPS NORMAL

1830 - 03 DET OPS NORMAL

1855 - 1356 - 0003 - 07 RECIEVED FIBER SUPPLEMENT

1856 - 1356 - 0003 - 03 GOT BLOOD PRESSURE CHECKED

1900 - 03 DET OPS NORMAL

2000 - 0000

1920 - MK2 WISNIEWSKI AND BM3 DALE RELIEVED THE WATCH.

1930 - 03 DET, OPS NORMAL.

1933 - 1356 - 0003 - 01 USED THE HEAD.

2000 - 03 PET, OPS NORMAL.

DATE:

2000 - 0000 (cont.)

2030 - 03 DET, OPS NML

2100 - 03 DET, OPS NORMAL

2130 - 03 DET, OPS NML

2200 - 03 DET, OPS NML.

2201 - 1356-003-01 USED THE HEAD.

2230 - 03 DETS OPS NML

2300 - 03 DETS OPS NML

0000 - 0400

2330 - SNL AND SNG ASSUME WATCH, 03 DET OPS NORM

0000 - 03 DET OPS NORM

0030 - 03 DET OPS NORM

0100 - 03 DET OPS NORM

0130 - 03 DET OPS NORM

0200 - 03 DET OPS NORM

0230 - 03 DET OPS NORM

0300 - 03 DET OPS NORM

0400 - 0800

- 0330 - SN REYNOLDS 2 OS3 RAY RELIEVED THE WATCH

0330 - 03 DET OPS NORMAL

0400 - 03 DET OPS NORMAL

0430 - 03 DET OPS NORMAL

DATE:

0400 - 0800 (CONT)

0500 - 03 DET OPS NORMAL

0530 - 03 DET GPS NORMAL

0600 - 03 DET OPS NORMAL

0618 - 1356 - 003 - 03 USED THE HEAD

0630 - 03 DET OPS NORMAL

0643 - 1356 - 003 - 02 USED THE HEAD

0653 - 1356 - 003 - 02 USED THE HEAD

0700 - 03 DET OPS NORMAL

0725 - MK2 WISNIEWSKI AND BM3 DALE RELIEVED THE WATCH.

0730 - 03 DET, OPS NORMAL

0800 - 1200

0800 - 03 DET, OPS NORMAL.

0807 - 1356 - 003 - 03   RECIEVED   BLOOD PRESSURE   MEDICINE

0809 - 1356 - 003 - 02   RECIEVED   FIBER   SUPPLEMENT

0815 - 03 DET. RECEIVED MORNING MEAL.

0830 - 03 DET, OPS NORMAL.

0900 - 03 DET, OPS NORMAL.

0930 - 03 DET, OPS NORMAL

0951 - 1356 - 003 - 01 USED THE HEAD.

1000 - 03 DET, OPS NORMAL

1030 - 03 DET, OPS NORMAL

DATE:

## 0800 - 1200 (cont.)

1100- 03 DET, OPS NORMAL.

1125 - SN GREENE AND SN LIZARDI RELIEVED THE WATCH.

### 1200 - 1600

1130- 03 DET, OPS NORMAL.

1200 - TRANSFERRED 03 DETAINEES TO THE USCGC STONE.

# ADVERTENCIA DE DERECHOS

Lugar _____ COP _____
Fecha: _01/4/22_____
Hora: ____9:50 am_____

**Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:**

Usted tiene el derecho de permanecer en silencio.

Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.

Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.

Usted tiene el derecho de tener un abogado presente durante el interrogatorio.

De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?   Yes

¿Esta dispuesto a contestar algunas preguntas? Yes

A0386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-20014-CR-DPG
EXHIBIT NO. 3A

## RENUNCIA DE DERECHOS

He leido o ___ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos.  En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma _Yesidedo goberto Epieru_

Testigo: _____ MM..._____
Testigo: _SA Alec Sander_____
Hora: __9:59 am_____

FORM DEA-13 b(4-06)
Spanish Version

# ADVERTENCIA DE DERECHOS

Lugar _____

Fecha: _____

Hora: _____

## Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:

Usted tiene el derecho de permanecer en silencio.

Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.

Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.

Usted tiene el derecho de tener un abogado presente durante el interrogatorio.

De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?   yes

¿Esta dispuesto a contestar algunas preguntas?   yes



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-20014-CR-DPG

EXHIBIT NO.   3B

## RENUNCIA DE DERECHOS

He leido o   ☑ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma _MONUEL MELO_

Testigo: _____ MAR. INSEIN

Testigo: _SA Mec Snider_

Hora: _____

FORM DEA-13 b(4-06)
Spanish Version

# ADVERTENCIA DE DERECHOS

Lugar    _CBP._
Fecha:    _1/4/2002_
Hora:    _10:15 Am_

## Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:

☑   Usted tiene el derecho de permanecer en silencio.

☑   Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.

☐   Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.

☑   Usted tiene el derecho de tener un abogado presente durante el interrogatorio.

☑   De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?

¿Esta dispuesto a contestar algunas preguntas?

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-20014-CR-DPG

EXHIBIT NO.   3C

## RENUNCIA DE DERECHOS

☑ He leido o ☐ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma _____

Testigo: _____

Testigo: _____

Hora:   _10:10 Am_

FORM DEA-13 b(4-06)
Spanish Version

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. ███████ | 2. ███ ███████ | ███ ████████  ████ |
|---|---|---|
| | ███ | ██████ █████ |

| 5. By:M Mariabello,TFO  At:MIAMI, FL DIVISION OFFICE | ☒ ██████████  ☒ ████████  ☐  ☐  ☐  ☐ | ██ ███████ |
|---|---|---|

GOVERNMENT EXHIBIT

CASE NO. 22-20014-CR-DPG

EXHIBIT NO. 4A

| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | 8. Date Prepared  01-04-2022 |
|---|---|
| 9. Other Officers: SA Alec Sanchez | |

10. Report Re: Post arrest statements of Yesid Degoberto EPIEYU-Epieyu on January 4, 2022, in Port Everglades FL, ref maritime interdiction of 1486 kilograms (Cocaine)

### SYNOPSIS

On January 4, 2022, Miami Field Division HIDTA Group 43 Task Force Officer (TFO) Marcelino Mariabello and Special Agent (SA) Alec Sanchez conducted a post arrest interview of Yesid Degoberto EPIEYU-Epieyu. On December 22, 2021, EPIEYU-Epieyu, JUAN Escobosa DIAZ and Manuel Melo were interdicted and detained, operating a go fast vessel, loaded with 35 bales of suspected cocaine, with an approximate at-sea-weight of 1486 kilograms, by the crew of the HNLMS HOLLAND. Subsequently, EPIEYU-Epieyu, DIAZ and MELO were arrested/charged in the Southern District of Florida, for violations of Title 46, USC, Section 70506(b) Possession with Intent to Distribute and Title 46, USC, Sections 70503(a)(1)Possession with Intent to Distribute while on board a vessel.

### DETAILS

1. TFO Mariabello began the interview by first reading (aloud) EPIEYU-Epieyu his Advice of Rights (DEA-13b) in Spanish as witnessed by SA Sanchez. Post reading of his rights, EPIEYU-Epieyu stated he understood and elected to give TFO Mariabello and SA Sanchez his statement and answer questions as they relate to the maritime interdiction seizure of 1486 kilograms of suspected cocaine **(Agents Note: Reference is made to DEA-6 titled "Arrest of Yesid Degoberto EPIEYU-Epieyu, JUAN Escobosa DIAZ and Manuel Melo during a maritime interdiction of 1,486 kilograms of cocaine on 12/22/21")** This Report of Investigation is a summary of the relevant information provided by EPIEYU-Epieyu during the interview and does not

| 11. Distribution:  Division CARTAGENA, COLOMBIA...  District  Other | 12. Signature (Agent)  /s/ Marcelino Mariabello, TFO | 13. Date  01-04-2022 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Richard J Cernuda, GS | 15. Date  01-05-2022 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

4.
Page  2  of  4

6. Date Prepared
01-04-2022

contain each fact discussed therein **(Agents Note: Completed DEA Advice of Rights attached to this report.)**

2. EPIEYU-Epieyu began the interview by telling agents he was born and raised within native tribal lands located in Punta Gallinas, Colombia and belongs to a sub set of the Wayuu tribe known as the Epieyu tribe.  EPIEYU-Epieyu stated that he earns a living by providing tourist tours and fishing. EPIEYU-Epieyu resides with his wife and three (3) small children.

3. EPIEYU-Epieyu stated that on or about December 18, 2021, two unknown men from Bogota CB found themselves in Punta Gallinas offering local fishermen employment. EPIEYU-Epieyu stated that these unknown men offered him (EPIEYU-Epieyu) $6,000 (US) for his participation in a maritime food delivery venture being dispatched from La Guajira Colombia destined for the Dominican Republic. EPIEYU-Epieyu advised that his job title would be as the Captain in charge of the vessel as it exited Colombian waters. EPIEYU-Epieyu stated that since he was a Wayuu tribal member this granted him access to the waterways controlled by the tribes. EPIEYU-Epieyu could not explain what type of food/produce was going to be smuggled into Dominican Republic nor why unknown person(s)would pay him $6,000 (US) for this. EPIEYU-Epieyu stated that he did not believe the amount of food amounted to the value greater than his own payment.

4. EPIEYU-Epieyu advised that he took the employment offer and awaited further instructions. On December 21, 2021, EPIEYU-Epieyu received instructions directing him to the Colombian, Venezuelan boarder (Frontera Yempi). EPIEYU-Epieyu stated that he arrived to the area on the same day, at which point he met co-conspirators DIAZ and MELO. Shortly after arrival, EPIEYU-Epieyu was directed to an awaiting go fast style vessel. EPIEYU-Epieyu recalled that the vessel was already stocked with food and fuel provisions as well as 20-30 packages/bales EPIEYU-Epieyu believed to be a bulk food shipment. EPIEYU-Epieyu stated that he did not see what was inside the bales.

5. EPIEYU-Epieyu stated that he initially took control of the vessel and was considered the captain as he navigated the territorial waterways out

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ███████  ███████ | ███████  ███ |
| | ███████  ███ | |
| 4. Page  3  of  4 | | |
| ███████ | 6. Date Prepared 01-04-2022 | |

of Colombia. EPIEYU-Epieyu advised that after about a day of travel he relinquished control of the vessel to MELO.

6. EPIEYU-Epieyu advised that after being discovered by the USCG he began to jettison bales into the water. EPIEYU-Epieyu stated that no one instructed him to jettison the bales but he knew whatever the bales contained must have been illegal. EPIEYU-Epieyu stated that he was also familiar with maritime cocaine trafficking methods and admitted that this event mirrored such methods. EPIEYU-Epieyu stated that he utilized a GPS during the event and stated that he was also provided a satellite phone in order to contact his bosses for updates *(Agents Note: DEA88a Consent to Search form attached to this report).*

7. EPIEYU-Epieyu stated that was to receive payment once he successfully arrived in the Dominican Republic.

8. Interview terminated.



**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| ████████   ████████ | ████████   ██████ |
| ███████   ███████   ████ | |

4.
**Page   4   of   4**

███████████

6. Date Prepared
01-04-2022

████████████████         ██████   ████████

████████████   ██   ████████████████   ████████   █████████
██████████████   ██████   ██████████████   ████████   ████████   ████████████
███████████████   █████████   ██████████   ████████   ████   █████████████
██████████████   █████████   ████████████   ██████████   ████████   █████████████
█████████████

███████   ██████   ██████████████████   ███████   ████████   █████████
██████   █████████

**DEA** Form     **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| | | | |
|---|---|---|---|
| ███████ | 2. ███ | ████ ██████ | ████ ████████ |

5. By: M Mariabello, TFO
At: MIAMI, FL DIVISION OFFICE

☒ ████████
☐ ████████
☐
☐
☐
☐

███████
████

7. ☐ Closed  ☐ Requested Action Completed
☐ Action Requested By:

8. Date Prepared
01-05-2022

GOVERNMENT EXHIBIT

CASE NO. 22-20014-CR-DPG

EXHIBIT NO. 4B

9. Other Officers: SA Alec Sanchez

10. Report Re: Post arrest statements of Manuel MELO on January 4, 2022, in Port Everglades FL, ref maritime interdiction of 1486 kilograms (Cocaine)

### SYNOPSIS

On January 4, 2022, Miami Field Division HIDTA Group 43 Task Force Officer (TFO) Marcelino Mariabello and Special Agent (SA) Alec Sanchez conducted a post arrest interview of Manuel MELO. On December 22, 2021, MELO, Yesid Degoberto EPIEYU-Epieyu and Ivan DIAZ were interdicted and detained, operating a go fast vessel, loaded with 35 bales of suspected cocaine, with an approximate at-sea-weight of 1486 kilograms, by the crew of the HNLMS HOLLAND. Subsequently, DIAZ, EPIEYU-Epieyu and MELO were arrested/charged in the Southern District of Florida, for violations of Title 46, USC, Section 70506(b) Possession with Intent to Distribute and Title 46, USC, Sections 70503(a)(1) Possession with Intent to Distribute while on board a vessel.

### DETAILS

1. TFO Mariabello began the interview by first reading (aloud) MELO his Advice of Rights (DEA-13b) in Spanish as witnessed by SA Sanchez. Post reading of his rights, MELO stated he understood and elected to give TFO Mariabello and SA Sanchez his statement and answer questions as they relate to the maritime interdiction seizure of 1486 kilograms of suspected cocaine **(Agents Note: Reference is made to DEA-6 titled *"Arrest of Yesid Degoberto EPIEYU-Epieyu, JUAN Escobosa DIAZ and Manuel Melo during a maritime interdiction of 1,486 kilograms of cocaine on 12/22/21"*)** This Report of Investigation is a summary of the relevant information provided by MELO during the interview and does not contain each fact discussed

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division CARTAGENA, COLOMBIA... | /s/ Marcelino Mariabello, TFO | 01-04-2022 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other | /s/ Richard J Cernuda, GS | 01-05-2022 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

---

## REPORT OF INVESTIGATION

*(Continuation)*

| 4. | |
|---|---|
| **Page 2 of 4** | |

| | 6. Date Prepared |
|---|---|
| ▮▮▮▮▮▮ | 01-05-2022 |

---

therein **(Agents Note: Completed DEA Advice of Rights attached to this report.)**

2. MELO began the interview by telling agents he was born and raised in the city of Bani, Dominican Republic and makes a living as a fisherman and part time cook. MELO stated that on or around March/April 2021, he found himself out of work and in need of money. MELO stated that it was during this time when an unknown local cocaine trafficker arrived at his (MELO) residence and offered him a job. MELO stated that he did not recall the trafficker's name and was unsure if he was a Colombian or Dominican national. MELO stated that the job entailed traveling to La Guajira CB, and navigate a cocaine laden vessel back into the Dominican Republic for which he would be paid $30,000 (US).

3. MELO stated that after accepting the offer, the following day he was picked up from residence and taken to Salinas Beach located within the city limits of Bani. After his arrival, MELO was taken to an awaiting vessel containing food and gas provisions. MELO advised a total of 4 additional males were on board, three Dominican nationals and one Colombian national. MELO stated that the crew successfully made it to La Guajira CB, in 2 1/2 days.

4. MELO stated that once he arrived, he was separated from his travel companions and taken to a house located in a semi populated neighborhood. MELO described this house as a staging site were different groups of Dominican nationals would reside until being dispatched back to the Dominican Republic. MELO stated that for the next nine (9) months he remained within the home and was the designated chef for the homes different groups. MELO recalled a least four (4) groups of Dominican nationals passing through the staging house. MELO admitted that during this time his family in Dominican Republic would receive $10k to $15k (DOM REP pesos)on a monthly basis.

5. MELO stated that on December 21, 2021, he was transported to an unknown city located in close proximity to the Colombian/Venezuelan boarder in order to board a cocaine laden vessel back to the Dominican Republic. MELO advised that once he arrived to the dispatch site he met his co-

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | |
|---|---|---|---|
| *(Continuation)* | | ████████ | ████████ |
| | | ████████ | |
| 4. Page  3  of  4 | ████████ | | |
| ████████ | | 6. Date Prepared  01-05-2022 | |

conspirators and boarded a vessel already fully stocked with food and fuel provisions. MELO stated that he also saw an excess of 20 bales on board containing cocaine.

6. MELO stated that after half a day of travel he assumed control of the GFV and navigated it towards the Dominican Republic. MELO stated he was at the helm when the vessel was discovered by the USCG. MELO recalled fleeing the area as his crewmates began to jettison packages into the water. Unable to outrun authorities, MELO advised he had no choice but to comply.

7. Interview terminated.



DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 4.<br>**Page   4   of   4** | |
| ████████ | 6. Date Prepared<br>01-05-2022 |

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| | | | |
|---|---|---|---|
| ▉▉▉▉▉ | ▉ | ▉▉▉▉ | ▉▉▉▉ |

5. By:M Mariabello,TFO
   At:MIAMI, FL DIVISION OFFICE

7. ☐ Closed   ☐ Requested Action Completed
   ☐ Action Requested By:

9. Other Officers: SA Alec Sanchez

8. Date Prepared
01-05-2022

**GOVERNMENT EXHIBIT**

CASE NO.   22-20014-CR-DPG

EXHIBIT NO.   4C

10. Report Re: Post arrest statements of Ivan Escobosa DIAZ on January 4, 2022, in Port Everglades FL, ref maritime interdiction of 1486 kilograms (Cocaine)

### SYNOPSIS

On January 4, 2022, Miami Field Division HIDTA Group 43 Task Force Officer (TFO) Marcelino Mariabello and Special Agent (SA) Alec Sanchez conducted a post arrest interview of Ivan Escobosa DIAZ. On December 22, 2021, DIAZ, Yesid Degoberto EPIEYU-Epieyu and Manuel Melo were interdicted and detained, operating a go fast vessel, loaded with 35 bales of suspected cocaine, with an approximate at-sea-weight of 1486 kilograms, by the crew of the HNLMS HOLLAND. Subsequently, DIAZ, EPIEYU-Epieyu and MELO were arrested/charged in the Southern District of Florida, for violations of Title 46, USC, Section 70506(b) Possession with Intent to Distribute and Title 46, USC, Sections 70503(a)(1)Possession with Intent to Distribute while on board a vessel.

### DETAILS

1. TFO Mariabello began the interview by first reading (aloud) Diaz his Advice of Rights (DEA-13b) in Spanish as witnessed by SA Sanchez. Post reading of his rights, DIAZ stated he understood and elected to give TFO Mariabello and SA Sanchez his statement and answer questions as they relate to the maritime interdiction seizure of 1486 kilograms of suspected cocaine **(Agents Note: Reference is made to DEA-6 titled *"Arrest of Yesid Degoberto EPIEYU-Epieyu, JUAN Escobosa DIAZ and Manuel Melo during a maritime interdiction of 1,486 kilograms of cocaine on 12/22/21")* This** Report of Investigation is a summary of the relevant information provided by DIAZ during the interview and does not contain each fact discussed

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division CARTAGENA, COLOMBIA... | /s/ Marcelino Mariabello, TFO | 01-05-2022 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other | /s/ Richard J Cernuda, GS | 01-05-2022 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ████  ████ ██ |
| 4. Page **2** of **4** | |
| ████ | 6. Date Prepared 01-05-2022 |

therein *(Agents Note: Completed DEA Advice of Rights attached to this report.)*

2. DIAZ began the interview by telling agents he was born and raised in Rio San Juan Dominican Republic and currently resides with his girlfriend Yarisa DIAZ and 3 small children. DIAZ stated that he earns a living as a fisherman operating of Nassau, Bahamas as of 2014. DIAZ stated that when employed he splits his time between the Dominican Republic and Bahamas for months at a time. DIAZ advised that his Bahamian address is South Beach Holy Drive # 7, Nassau, Bahamas and his Dominican Republic address is Nueva York Chiqito Calle 3 Casa 39, Rio San Juan, Dominican Republic. DIAZ stated that he is legally married to Ashely Mayon Diaz who is a Bahamian citizen.

3. DIAZ stated that on or around August 2021 the fishing industry in the Bahamas came to a halt causing him to return to the Dominican Republic in search of employment. DIAZ initially stated that after arriving into the Dominican Republic unknown men offered him employment as a captain on board a vessel delivering food supplies to Zulia,Venezuela from the Dominican Republic in which his payment would be $7,000 (US). When questioned on details regarding the food delivery venture, DIAZ stated he could not recall further details.

4. DIAZ stated that he departed the Dominican Republic and several days later (September 2021) found himself in the area of the Colombian/Venezuelan boarder. DIAZ stated that when he arrived, a man only known to him as Nacho offered him $25,000 (US) to captain a drug laden vessel to the Dominican Republic. DIAZ described NACHO as a 5'8, heavyset white Colombian national with slick black hair who drove a white Toyota Corolla. DIAZ stated that he was advised that the cargo was to be "Perico" cocaine.

5. DIAZ stated that he remained in the care and custody of Nacho until December 21,2021. DIAZ recalled that on this day he was told to gather his belongings and accompany NACHO to a local waterway. DIAZ advised that he did not recall where he was located or any other useful intelligence. DIAZ recalled that both he and NACHO drove about 20 minutes until reaching the waterway at which point he saw several armed men gathered around a go

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | |
|---|---|---|
| *(Continuation)* | ██████ | ████████ |
| | ████████ | ████ |
| | ███████████ ████ | |
| 4.<br>Page  3  of  4 | | |
| ██████ | 6. Date Prepared<br>01-05-2022 | |

fast style vessel. DIAZ recalled the vessel was already stocked with food and fuel provisions and several bales (25) containing the cocaine.

6. DIAZ stated also present were crewmembers EPIEYU-Epieyu and MELO. DIAZ stated that he along with MELO shared the title of captain after EPIEYU-Epieyu navigated the vessel out of Colombia. DIAZ recalled that after a day of travel, he discovered a drone overhead and told MELO and EPIEYU-Epieyu to cover the GFV with a blue tarp in hopes of concealing themselves. DIAZ stated that after also discovering a near-by helicopter he began to jettison the bales into the water. DIAZ stated that EPIEYU-Epieyu assisted him in discarding the bales as MELO was at the helm fleeing from the area.

7. DIAZ stated that he utilized a GPS device when navigating the vessel towards the Dominican Republic. DIAZ claimed ownership of a recovered black Samsung cellular phone recovered during the interdiction *(Agents Note: DEA88a Consent to Search form attached to this report).*

8. DIAZ stated he has not been paid for any of his efforts. Interview terminated.



**DEA** Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

4.
Page **4** of **4**

6. Date Prepared
01-05-2022

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

# LAW ENFORCEMENT ALPHA REPORT (SURFACE)

## Vessel Information

USCGC / USS & LEDET: 109 embarked HNLMS HOLLAND      Report Time: 221908Z DEC 21 to JIATF S

1. DTG of Sighting: 221906Z DEC 21 Method: Ship / RHIB / Helo / (MPA) & Time Remaining On-Scene: 3+00 HH/MM

2. Initial Position / Course / Speed:  13-44.79N / 071-17.19W; Course: DIW; Speed: DIW
                Nearest Point of Land: La Guajira (COL)            NM Distance to TTS: 75NM

3.  Vessel Type:  Private:  (_) Motor  (_) Sailing __ # Masts
Go-Fast:  Open, Tarp (N); # Eng 02 Out-Board (Gas)
Fishing:  (_) Trawler/Dragger  (_) Long Liner  (_) Seiner  (_)  Shrimper  (_) Troller  (_) Other  Commercial:  (_)
Tanker  (_) Tug W / O Tow  (_) Freighter Bulk / Container  (_) Supply

4.  Vessel Name:  NONE                         Is it painted?  N/A

5.  Registry Number:  NONE                     Is it painted?  N/A

6: Nationality:  None                          7.  Flag flown (Y / N) & Country: No

8.  Homeport:  None                            9.  Length:  35 (FT)

10.  Hull Color:  Blue Fiberglass & Hull Type - Bow (Raised) Deck (Well)

11.  Superstructure Location:  None            12.  Superstructure Color:  N/A

13.  Waterline Color: Blue                     14.  Trim Color: N/A

15.  Exhaust Stack(s):  None                   16.  Cranes / Booms:  None

17.  Unit ESM Capable (N) & Data Capture (N)      18.  Antennas (Type and Number):  None
(A) Radar (Can / Blade – Rotating (N) _____ (B) Long wire _____ (C) DF / Loop _____ (D) Whip_____

19.  Claimed Purpose / Cargo: transiting from VEN to DR          If fishing, targeted species & weight: N/A

20.  Gear on Deck (N); Type: None

21.  Activity & Suspicions (E.G.: Not engaged in fishing, DIW/Loitering, no one/too many people on deck, etc.):
Operating in a known drug trafficking vector, profile GFV, packages on deck and excessive fuel barrels observed on
deck, jettison upon detection.

22.  LPOC / Date: VEN 21DEC21      23.  NPOC / Date: Dom Rep

24.  Master's Name, DOB, Nationality:  PIC: Yesid Dagoberto Epieyu Epieyu DOB: 23FEB1985 COL CED:
      1.122.838.072
  Total Persons On Board:  03 & Nationality: (02 Dom Rep), (01 COL)

25.  Unit Logistical Concerns (N)  27.  Recommend Boarding (Y)

28.  Prior Intel?  (N) Source:  N/A  EPIC Checked ? (N)  Board (Y)

29.  WX:  Winds: 105T/18kts; Seas: 3ft/100T; Swells: 3ft/1kt; Visibility: 12nm; Baro: 1011 milibar (R / S / F)

30.  TACON Shift Time:  1550Z    District: **7**

AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.  22-20014-CR-DPG

EXHIBIT
NO.  5